888

Commonwealth *v.* Kuhn, Appellant.

Argued April 15, 1971.   *Dante G. Bertani,* Public Defender, with him *Daniel J. Ackerman,* Assistant Public Defender, for appellant; *Albert M. Nichols,* Assistant District Attorney, with him *John F. Dent,* Assistant District Attorney, and *John N. Scales,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Lucas et al., Appellants.

Argued April 15, 1971.   *Jon C. Botula,* with him *Paul J. Shapiro,* and *Kirk & Botula,* for appellants; and *Harvey E. Schauffler,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.